[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10216
Non-Argument Calendar

_____

D.C. Docket No. 2:17-cr-00035-MHH-SGC-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CORYE DANIELS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(June 14, 2021)

Before ROSENBAUM, NEWSOM, and ANDERSON, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Corye Daniels in his appeal of the revocation of his supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Daniels's revocation of supervised release and sentence are **AFFIRMED**.